**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 16-6794**

───────────

JUAN CARLOS OLIVO RAMIREZ,

        Petitioner - Appellant,

    v.

FRANK PERRY, Secretary NC Department of Public Safety,

        Respondent - Appellee.

───────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Catherine C. Eagles, District Judge. (1:16-cv-00484-CCE-LPA)

───────────

Submitted: September 13, 2016    Decided: September 15, 2016

───────────

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Juan Carlos Olivo Ramirez, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Carlos Olivo Ramirez seeks to appeal the magistrate judge's recommendation to deny relief on Ramirez's 28 U.S.C. § 2254 (2012) petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Ramirez seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED